IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEMETRIAS LASHAUN TURNER, | ) |
| Plaintiff, | ) |
| v. | ) CV 322-039 |
| COMMISSIONER TIMOTHY WARD; LIEUTENANT MICHELLE HARDY; ANTOINNE CALDWELL; SERGEANT GREEN; CHABARA BRAGG; UNIT MANAGER GRIER; MS. SALEM; JOHNSON STATE PRISON MEDICAL DEPARTMENT, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Ward, Caldwell, Salem, and Johnson State Prison Medical Department; the privacy claim related to Plaintiff's prison email account; and all official capacity claims for monetary damages, failure to protect claims, due process claims, and Prison Rape Elimination Act claims against all Defendants. The case shall proceed

against Defendants Bragg, Hardy, Green, and Grier as described in the Magistrate Judge's August 29, 2022 Order. (Doc. no. 9.)

SO ORDERED this 21st day of September, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE