IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEMETRAIS LASHAUN TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-039 |
| | ) | |
| COMMISSIONER TIMOTHY WARD; LIEUTENANT MICHELLE HARDY; ANTOINNE CALDWELL; SERGEANT GREEN; CHABARA BRAGG; UNIT MANAGER GRIER; MS. SALEM; JOHNSON STATE PRISON MEDICAL DEPARTMENT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 24). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion to dismiss, (doc. no. 18), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate judgment and **CLOSE** this case.

SO ORDERED this 22nd day of November, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE